BEFORE THE THIRD DIVISION, JANUARY 9, 1964

**No. 68223.**—Empire Liquor Corp. *v.* United States, protest 62/19498 (New York).

Opinion by RICHARDSON, J. In accordance with oral stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 CCPA 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

**No. 68224.**—Caldwell Products, Inc. *v.* United States, protest 60/6621 (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the principles are the same as those involved in *C. J. Tower & Sons* v. *United States* (33 Cust. Ct. 14, C.D. 1628), and *Bertrand Freres, Inc., et al.* v. *United States* (47 Cust. Ct. 155, C.D. 2296), the claim of the plaintiff was sustained.

**No. 68225.**—International Packers, Limited *v.* United States, protest 63/1266 (San Francisco).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the entries involved in this protest were previously the subject of a decision and judgment, dated April 18, 1962, reported as *International Packers, Limited* v. *United States*, reappraisement R58/12276, etc. (not published), in which the values per dozen tins, net, packed, were found to be as follows:

| | |
|---|---|
| Entry No. CE 25612 | $2.4858 |
| " CE 25615 | 2.4858 |
| " CE 26930 | 2.5926 |

the claim of the plaintiff was sustained, and the collector was directed to reliquidate the entries accordingly.